[No. 23708-0-I.   Division One.   May 7, 1990.]

*In the Matter of the Marriage of* KENNETH D.
MCCLENAHAN, *Respondent, and* DIANE E.
MCCLENAHAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-3-06623-5, Peter K. Steere, J., entered

February 9, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis and Winsor, JJ.